**KASHA K. POLLREISZ**
California Bar No. 204148
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Kasha_Pollreisz@fd.org

Attorneys for Mr. Robles-Castro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ8902 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| **MIGUEL ROBLES-CASTRO**, | |
| Defendant. | |

**I HEREBY CERTIFY** that on November 7, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            */s/ Kasha K. Pollreisz*
            **KASHA K. POLLREISZ**
            California Bar No. 228105
            Federal Defenders of San Diego, Inc.
            225 Broadway, Suite 900
            San Diego, CA 92101
            Telephone: (619) 234-8467
            Facsimile: (619) 687-2666
            Kasha_Pollreisz@fd.org

            Attorneys for Mr. Robles-Castro

## SERVICE LIST

**United States v. Robles-Castro**
**Case No. 07MJ8902**
**United States District Court, Southern District of California**

**U.S. Attorney CR**
Efile.dkt.gc2@usdoj.gov
[Service via CM/ECF]